**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Paul Uricoli** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8873 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–30871–JKS | |

# Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul Uricoli

11/13/18                                                                                  **By the court:** John K. Sherwood
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                     Case No. 15-30871-JKS
Paul Uricoli                                                               Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2             User: admin                  Page 1 of 1                  Date Rcvd: Nov 13, 2018
                                 Form ID: 3180W               Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db             +Paul Uricoli,    485 Valley Road,    West Orange, NJ 07052-5232
aty             Bernard J. Schulte, Jr.,    79 Old Cherry Hill Rd.,    Parsippany, NJ 07054
r              +Andrea Martone,    Remax First Choice,    1160 Route 46 W.,    Parsippany, NJ 07054-2100
515835158      +Allianceone Receivables,    6565 Kimball Dr Ste 200,    Gig Harbor, WA 98335-1206
515835160       Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
515930449      +TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 9013,   ADDISON, TEXAS 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 01:37:03      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 01:37:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516038844       EDI: BECKLEE.COM Nov 14 2018 05:58:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 PO Box 3001,   Malvern, PA 19355-0701
515835159       EDI: AMEREXPR.COM Nov 14 2018 05:58:00      American Express/JetBlue,    PO Box 1270,
                 Newark, NJ 07101-1270
515835162       EDI: DISCOVER.COM Nov 14 2018 05:58:00      Discover Financial Services,,    PO Box 15316,
                 Wilmington, DE 19850
515835161       EDI: DISCOVER.COM Nov 14 2018 05:58:00      Discover,    PO Box 71084,   Charlotte, NC 28272-1084
515845853       EDI: DISCOVER.COM Nov 14 2018 05:58:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
515835163       EDI: TFSR.COM Nov 14 2018 05:58:00      Toyota Motor Credit,    4 Gatehill Drive Ste 350,
                 Parsippany, NJ 07054
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
          Joan Sirkis Warren    on behalf of Debtor Paul   Uricoli joan@joanlaverylaw.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
                                                                                           TOTAL: 3
```